```
IN THE UNITED STATES DISTRICT COURT
  FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISION
```

TONY M. GONZALES,  \*
                   \*
    Plaintiff,  \*
                   \*
vs.                \*  Civil Action No. 13-00126-B
                   \*
CAROLYN W. COLVIN, \*
Commissioner of Social Security,\*
                   \*
    Defendant.  \*

## JUDGMENT

In accordance with the Order entered on this date, it is hereby **ORDERED, ADJUDGED,** and **DECREED** that the decision of the Commissioner of Social Security denying Plaintiff's claim for disability insurance benefits and supplemental security income be **AFFIRMED.**

**DONE** this **24th** day of **September, 2014.**

                                           /s/ SONJA F. BIVINS
                                **UNITED STATES MAGISTRATE JUDGE**